NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE NINTENDO OF AMERICA, INC., TOYS 'R' US-DELAWARE, INC., MICRO ELECTRONICS, INC., HASTINGS ENTERTAINMENT, INC., GAMESTOP CORP., BEST BUY STORES, L.P., BESTBUY.COM, LLC, KMART CORPORATION AND TARGET CORPORATION,
*Petitioners.*

---

2014-132

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 2:13-cv-00032-JRG and 2:13-cv-00289-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

Per Curiam.

**O R D E R**

Nintendo of America, Inc. et. al ("Nintendo") submit a motion for a stay of district court proceedings pending this court's consideration of its petition for a writ of mandamus. Nintendo also requests a "temporary stay" pending this court's consideration of the papers.

Upon consideration thereof,

| 2 | IN RE NINTENDO OF AMERICA, INC. |
|---|---|

IT IS ORDERED THAT:

The district court shall stay all proceedings in the underlying litigation pending this court's consideration of the motions papers.

                                      FOR THE COURT

                                      /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                        Clerk of Court

s19