UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SECURE AXCESS LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>NINTENDO OF AMERICA INC., et al.,<br><br> *Defendants*, | Case No. 2:13-cv-032-JRG |

## ORDER

On March 7, 2014 this Court entered an Order denying Defendant Nintendo of America Inc.'s ("Nintendo's") motion to sever Plaintiff's claims against it and transfer such claims to the Western District of Washington (Dkt. No. 135). Nintendo subsequently filed a petition for a writ of mandamus to the United States Court of Appeals for the Federal Circuit. (Dkt. No. 144).

On June 25, 2014 the Federal Circuit entered an order vacating this Court's Order, and directing the Court to grant Nintendo's motion. Accordingly, and in compliance with the Federal Circuit's order, this Court **ORDERS** that all claims asserted by plaintiff Secure Axcess LLC against Defendant Nintendo are hereby **SEVERED** from the above-captioned action and **TRANSFERRED** to the United States District Court for the Western District of Washington.

The Court further **ORDERS** that the above-captioned action is hereby **STAYED** pending resolution of the transferred claims. The parties shall file a joint Status Report within seven (7)

1

days of the entry of final judgment (or other final resolution of the transferred claims) in the Western District of Washington.

The Clerk of the Court is directed to take such steps as are necessary to effect the transfer of the claims against Defendant Nintendo to the Western District of Washington.

**So ORDERED and SIGNED this 1st day of July, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE