IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SECURE AXCESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>NINTENDO OF AMERICA INC., ET AL.<br><br>*Defendants.* | Case No. 2:13-cv-00032-JRG |

# FINAL JUDGMENT

Following claim construction in a related proceeding, Plaintiff Secure Axcess, LLC ("Secure Axcess") stipulated to a final judgment that all accused products in this action, including the Nintendo DS, Nintendo DS Lite, Nintendo DSi, Nintendo DSi XL, Nintendo 3DS and Nintendo 3DS XL, do not infringe the '309 patent. *Secure Axcess, LLC v. Nintendo of America Inc.*, Case No. 2:14-cv-01013-RSM (W.D. Wash.) (Dkt. No. 34, 36). The United States Court of Appeals for the Federal Circuit affirmed the final judgment of non-infringement under Federal Circuit Rule 36. *Secure Axcess, LLC v. Nintendo of America Inc.*, Case No. 2015-1971 (Fed. Cir.) (Dkt. No. 52).

Pursuant to the Joint Motion for Entry of Final Judgment and Rule 58 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

All of the accused products in this action, identified above, do not infringe U.S. Patent No. 6,522,309, thereby disposing of all claims for relief asserted by Secure Axcess in the First Amended Complaint (Dkt. No. 84) against Defendants Amazon.com LLC, Amazon.com, Inc.,

Best Buy Stores, L.P., Bestbuy.com, LLC, Gamestop Corporation, Hastings Entertainment, Inc., K Mart Corporation, Micro Electronics, Inc., Target Corporation, Toys "R" Us – Delaware, Inc., Wal-Mart Stores, Inc., and Wal-Mart Stores Texas, LLC. (collectively, the "Retail Defendants").

All claims asserted in this action against the Retail Defendants are hereby dismissed with prejudice.

Each party is to bear its own costs and fees.

**So ORDERED and SIGNED this 7th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

Agreed to and Approved:

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
(206) 436-0900
phil@mannlawgroup.com

**ATTORNEYS FOR PLAINTIFF SECURE AXCESS, LLC**

*/s/ Jay F. Utley*
Jay F. Utley, Texas Bar No. 00798559
**BAKER & MCKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
(214) 978-3000
FAX: (214) 978-3099
Jay.Utley@bakermckenzie.com

Daniel J. O'Connor (Lead Counsel)
Illinois Bar No. 2086271
**BAKER & MCKENZIE LLP**
300 E. Randolph Street, Suite 5000
Chicago, IL 60601
(312) 861-2790
Fax: (312) 698 2325
Daniel.O'Connor@bakermckenzie.com

**ATTORNEYS FOR DEFENDANTS MICRO ELECTRONICS, INC., HASTINGS ENTERTAINMENT, INC., GAMESTOP CORP., WAL-MART STORES, INC., WAL-MART STORES TEXAS, LLC, BEST BUY STORES, L.P., BESTBUY.COM, LLC, K MART CORPORATION, TARGET CORPORATION, TOYS "R" US-DELAWARE, INC., AMAZON.COM, LLC, AND AMAZON.COM, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANTS MICRO ELECTRONICS, INC., HASTINGS ENTERTAINMENT, INC., GAMESTOP CORP., BEST BUY STORES, L.P., BESTBUY.COM, LLC, K MART CORPORATION, TARGET CORPORATION, TOYS "R" US-DELAWARE, INC., AMAZON.COM, LLC, AND AMAZON.COM, INC.**

    */s/ Michael Charles Smith*
    Michael Charles Smith
    **SIEBMAN BURG PHILLIPS & SMITH, LLP**
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900
    Fax: (972) 767-4620
    michaelsmith@siebman.com

    **ATTORNEYS FOR DEFENDANTS WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, LLC**